No. 79–1336.  CHICAGO & NORTH WESTERN TRANSPORTA-
TION CO. *v.* KALO BRICK & TILE CO.  Ct. App. Iowa.  [Certiorari granted, 446 U. S. 951.]  Motion of the Solicitor General for additional time for oral argument as *amicus curiae* granted, and five additional minutes allotted for that purpose. Respondent also allotted an additional five minutes for oral argument.

No. 79–1404.  PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL.;

No. 79–1408.  MAYOR OF PHILADELPHIA ET AL. *v.* HALDERMAN ET AL.;

No. 79–1414.  PENNSYLVANIA ASSOCIATION FOR RETARDED CITIZENS ET AL. *v.* PENNHURST STATE SCHOOL AND HOSPITAL ET AL.;

No. 79–1415.  COMMISSIONERS AND MENTAL HEALTH/ MENTAL RETARDATION ADMINISTRATOR FOR BUCKS COUNTY ET AL. *v.* HALDERMAN ET AL.; and

No. 79–1489.  PENNHURST PARENTS-STAFF ASSN. *v.* HALDERMAN ET AL.  C. A. 3d Cir.  [Certiorari granted, 447 U. S. 904.]  Motion of petitioners to dispense with printing appendix denied.

No. 79–1515.  UNITED STATES *v.* SWANK ET AL.  Ct. Cl. [Certiorari granted, 446 U. S. 934.]  Motions of respondents for additional time for oral argument and for divided argument denied.

No. 79–1896.  ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL. Ct. App. La., 2d Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE STEWART took no part in the consideration or decision of this order.

No. 79–6436.  RAY *v.* SOWDERS, REFORMATORY SUPERIN-
TENDENT, 446 U. S. 969.  Respondent is requested to file a response to the petition for rehearing within 30 days.